# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BERT HUDSON, | : | No. 17 WAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | August 30, 2023 at No. 264 MD |
| v. | : | 2021 |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 25th day of April, 2024, the order of the Commonwealth Court is **AFFIRMED**.